policy of credit insurance against losses from sales of merchandise due to insolvency of purchasers, an amount paid by the insured to redeem certain merchandise from an insolvent purchaser. The Appellate Division held that the claim was not within the purview of the policy.

*Edward S. Greenbaum, Edgar J. Nathan* and *Jonas J. Shapiro* for appellants.

*Walter J. Rosston* and *Edwin Hort* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ROYAL SILK UNDERWEAR MANUFACTURING CO., INC., Respondent, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

*Insurance (burglary) — contract — action to reform and recover on policy of burglary insurance — defenses that president of insured committed burglary and that it had failed to keep required books.*

*Royal Silk Underwear Mfg. Co., Inc., v. United States F. & G. Co.,* 216 App. Div. 772, affirmed.

(Argued December 2, 1926; decided December 31, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 31, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to reform a policy of burglary insurance and to recover thereon. The answer admitted the issuance of the policy and set up as separate defenses, *first*, that the president of the insured committed the burglary and, *second*, that plaintiff had violated a condition of the policy requiring it to keep books and accounts so that the actual amount of the loss or damage could be accurately determined.

*James C. Van Siclen, Leon M. Prince* and *Sidney J. Loeb* for appellant.

*Eugene L. Bondy, M. V. Seligson* and *I. R. Stein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

OLIVE K. BURROWS, as Administratrix of the Estate of MARVIN A. BURROWS, Deceased, Respondent, *v.* LIVINGSTON-NIAGARA POWER COMPANY, Appellant.

*Negligence — electricity — death of workman through iron bar he was lowering from window of factory building coming in contact with uninsulated electric wire.*

*Burrows* v. *Livingston-Niagara Power Co.*, 217 App. Div. 206, affirmed.

(Argued December 2, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 13, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been sustained through the negligence of defendant. Intestate was killed while cleaning out a room in a factory where he was employed, through the coming in contact of an iron rod, which he was pushing out of a window, with an uninsulated high tension electric wire erected and maintained by defendant within from four to eight feet of the building.

*Paul Folger* and *Calin McLennan* for appellant.
*Arthur VD. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.